CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Michael Plummer

Civil/Criminal No.: CR 23-299 (CJN)

## NOTE FROM JURY

We Have Reached a Verdict

Date: 4-10-25

Time: 2:35

FOREPERSON